FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION IV  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>OSCAR GONZALEZ<br>        Defendant. | Case No.: 15-0353 M<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- HISTORY OF SUBSTANCE ABUSE
- UNKNOWN BAIL RESOURCES
- UNVERIFIED BACKGROUND
- HISTORY OF WARRANTS
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS
- SUBMISSION

1 and/or

2 B.    ( )    The defendant has not met his/her burden of establishing by clear and
3               convincing evidence that he/she is not likely to pose a danger to the
4               safety of any other person or the community if released under 18
5               U.S.C. § 3142(b) or (c). This finding is based on the following:

6    _____
7    _____
8    _____
9    _____
10
11
12   IT THEREFORE IS ORDERED that the defendant be detained pending the further
13   revocation proceedings.
14
15   Dated: 9/11/15

     HONORABLE DAVID T. BRISTOW
     United States Magistrate Judge