# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Oscar Gonzalez, DEFENDANT(S). | CASE NUMBER ED CR 16-00075-JGB ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _12/14/18_ , ____ , at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _DUTY MAGISTRATE JUDGE IN RIVERSIDE_ , in Courtroom _DUTY COURTROOM_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _December 12, 2018_

Steve Kim, U.S. Magistrate Judge